IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01609-BNB

ARTHUR GOODMAN,

Applicant,

v.

DEPARTMENT OF CORRECTION,
COLO. PAROLE,
PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

## ORDER OF DISMISSAL

---

Applicant, Arthur Goodman, was a prisoner in the custody of the Colorado Department of Corrections incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado, when he initiated this action by submitting *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion for leave to proceed *in forma pauperis*.

On July 30, 2008, Magistrate Boyd N. Boland ordered Mr. Goodman to cure certain enumerated deficiencies in this case. Specifically, Mr. Goodman was directed to submit within thirty days on the proper, Court-approved forms an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 that named the proper Respondent, i.e., his custodian, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The July 30 order directed the clerk of the Court to mail to Mr. Goodman the Court-approved forms he needed to complete,

and warned Mr. Goodman that failure to do so within the time allowed would result in the denial of the application and the dismissal of the instant action.

On August 4, 2008, the copy of the July 30, 2008, order mailed to Mr. Goodman was returned to the Court as undeliverable in an envelope marked "Returned to Sender," "Paroled," and "Insufficient Address." Mr. Good has failed within the time allowed to comply with the July 30, 2008, order to cure; to comply with the requirement of D.C.COLO.LCivR10.1M. to provide a notice of change of address within ten days after any change of address; or otherwise to communicate with the Court in any way. As previously stated, the July 30 order warned Mr. Goodman that if he failed to cure the designated deficiencies within the time allowed, the application would be denied and the action dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion for leave to proceed *in forma pauperis* is denied as moot.

DATED at Denver, Colorado, this 11 day of Sept. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01609-BNB

Arthur W. Goodman
Prisoner No. 112607
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk